**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SLIPTRACK SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXPANDED METAL COMPANY, <br><br> Defendant. | Case No. CV 06-89 AHS (MLGx) <br><br><br><br> JUDGMENT |

     Plaintiff/counter-defendant's motion to dismiss defendant's counterclaims for declaration of invalidity and noninfringement of U.S. Patent No. 5,127,760, and Defendant's motion for summary judgment and having come before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matters having been submitted and considered, and decisions having been duly rendered by the Court's orders of April 21, 2008,

     IT IS ORDERED AND ADJUDGED that judgment is entered for defendant and against plaintiff on the Complaint, plaintiff's claims having been dismissed without adjudication on the merits.

1        IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of counterdefendant and against the counterclaim of California Expanded Metal Company and counterclaimant takes nothing against counterdefendant.

IT IS FURTHER ADJUDGED that, neither party having prevailed on its claims, each party shall bear its own costs of suit.

DATED:  April 21, 2008.

*Alicemarie H. Stotler*

_____
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE

O:\ECF Ready\CV, 06-89 CEMCO.06-89.Jmt.wpd